1

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

2

3

ALEXANDER W. SAMUELS
Assistant U.S. Attorney
Arizona State Bar No. 028926
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: alexander.samuels@usdoj.gov
*Attorneys for Plaintiff*

4

5

6

7

8

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN - 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF ARIZONA

11

12

13

14

15

16

17

18

United States of America,

Plaintiff,

vs.

1. Eagles Denashu Begay
(Counts 1-4),

2. Terrence Jason Spencer
(Count 1),

Defendants.

No.  CR-21-08065-PCT-DLR(JZB)

# I N D I C T M E N T

VIO:  21 U.S.C. § 841(a)(1) and (b)(1)(C)
(Possession with Intent to Distribute
Controlled Substance)
Counts 1-3

18 U.S.C. §§ 922(g)(1) and
924(a)(2)
(Possession of Firearm and
Ammunition by Convicted Felon)
Count 4

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881,
and 28 U.S.C. § 2461(c)
(Forfeiture Allegations)

19

20

21

22

**THE GRAND JURY CHARGES:**

23

## COUNT 1

24

25

26

27

On or about April 20, 2021, in the District of Arizona, EAGLES DENASHU BEGAY and TERRENCE JASON SPENCER knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

28

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

1

## COUNT 2

2          On or about April 30, 2021, in the District of Arizona, EAGLES DENASHU

3   BEGAY knowingly and intentionally possessed with the intent to distribute a mixture and

4   substance containing a detectable amount of cocaine, a Schedule II controlled substance.

5          In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

6

## COUNT 3

7          On or about May 17, 2021, in the District of Arizona, EAGLES DENASHU

8   BEGAY knowingly and intentionally possessed with the intent to distribute a mixture and

9   substance containing a detectable amount of cocaine, a Schedule II controlled substance.

10         In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

11

## COUNT 4

12         Between on or about May 2 and May 3, 2021, in the District of Arizona, EAGLES

13  DENASHU BEGAY did possess, in and affecting interstate commerce, a firearm and

14  ammunition.  The defendant knowingly possessed the firearm and ammunition, knowing

15  that he had been convicted of a crime punishable by a term of imprisonment exceeding one

16  year.

17         In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

18

## FORFEITURE ALLEGATIONS

19         The United States realleges and incorporates the allegations of Counts 1-4 of this

20  Indictment, which are incorporated by reference as though fully set forth herein.

21         Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United

22  States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and

23  upon conviction of one or more of the offenses alleged in Counts 1-4 of this Indictment,

24  the defendants shall forfeit to the United States of America all right, title, and interest in

25  (a) any property constituting, or derived from, any proceeds the persons obtained, directly

26  or indirectly, as the result of the offense, and (b) any property used, or intended to be used,

27  in any manner or part, to commit, or to facilitate the commission of such offense, including,

28  but not limited to the following property involved and used in the offense:

1     1.  A POLYMER80, Inc. 9mm handgun with no serial number; and

2     2.  Twenty rounds of Winchester 9mm ammunition.

3  If any of the above-described forfeitable property, as a result of any act or omission of the

4  defendants:

5     (1) cannot be located upon the exercise of due diligence,

6     (2) has been transferred or sold to, or deposited with, a third party,

7     (3) has been placed beyond the jurisdiction of the court,

8     (4) has been substantially diminished in value, or

9     (5) has been commingled with other property which cannot be divided without

10       difficulty,

11  it is the intent of the United States to seek forfeiture of any other property of said defendants

12  up to the value of the above-described forfeitable property, pursuant to Title 21, United

13  States Code, Section 853(p).

14     All in accordance with Title 18, United States Code, Sections 924(d) and 981; Title

15  21 United States Code, Sections 853 and 881; Title 28, United States Code, Section

16  2461(c); and Rule 32.2, Federal Rules of Criminal Procedure.

17                 A TRUE BILL

18

19                 _s/_
                    FOREPERSON OF THE GRAND JURY

20                    Date: June 1, 2021

21

22  GLENN B. McCORMICK
     Acting United States Attorney

23  District of Arizona

24     _s/_
     ALEXANDER W. SAMUELS

25  Assistant U.S. Attorney

26

27

28